## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
    **Dalton Carpets, Inc.**
    PO Box 923957
    Norcross, GA 30010

    **58−1746330**

Case No.: **09−70865−mgd**
Chapter: **7**
Judge: **Mary Grace Diehl**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Robert B. Silliman

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Mary Grace Diehl_ (signature)

Mary Grace Diehl
United States Bankruptcy Judge

Dated: August 28, 2009
Form 184

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: hunterv              Page 1 of 3                   Date Rcvd: Aug 28, 2009
Case: 09-70865                 Form ID: 184               Total Noticed: 153


The following entities were noticed by first class mail on Aug 30, 2009.
db          +Dalton Carpets, Inc.,   PO Box 923957,   Norcross, GA 30010-3957
aty          Edward F. Danowitz, Jr.,   Danowitz & Associates, P.C.,   300 Galleria Parkway, NW,   Suite 960,
              Atlanta, GA 30339
tr          +Robert B. Silliman,   Awtrey & Parker, PC,   250 Lawrence Street,   Marietta, GA 30060-1658
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
11555692    +APG Mansell,   Crossley, Jernigan & Ellison,   3820 Mansell Rd., Ste 350,
              Alpharetta, GA 30022-1537
11555693    +APG Mansell, LLC,   Crossley, Jernigan & Elllison,   3820 Mansell Rd, Ste 350,
              Alpharetta, GA 30022-1537
11555696    +AT & T,   P O Box 856178,   Louisville, KY 40285-6178
11555697    +AT &T Mobility,   1801 Valley View Lane,   Farmers Branch, TX 75234-8906
11555698     AT&T,   P O Box 9001309,   Louisville, KY 40290-1309
11555699     AT&T,   P O Box 105262,   Atlanta, GA 30348-5262
11555700     AT&T Advertising & Publishing,   P O Box 105024,   Atlanta, GA 30348-5024
11555688     Allied Waste Services #800,   P O Box 9001099,   Louisville, KY 40290-1099
11555690     American Express,   P O Box 360002,   Ft. Lauderdale, FL 33336-0002
11555689    +American Express,   P O Box 650448,   Dallas, TX 75265-0448
11555691    +American Express,   Travel Related Services Co., Inc.,   P.O. Box 53773,   Phoenix, AZ 85072-3773
11555694    +Applied Engineering & Construction Serv.,   224 Brown Industrial Pkwy, Ste. 101,
              Canton, GA 30114-8065
11555695    +April Henry,   4303 Berkford Circle,   Atlanta, GA 30319-1705
11555701     Avaya Financial Service,   P.O. Box 550599,   Jacksonville, FL 32255-0599
11555703    +BB&T,   P.O. Box 890011,   Charlotte, NC 28289-0011
11880250    +BB&T Commercial Finance,   PO Box 310,   High Point NC 27261-0310
11555704    +BB&T Commercial Finance,   C/O Joseph Williams, Esq.,   P.O. Box 34307,
              Louisville, KY 40232-4307
11555705    +BB&T Factors Corp,   P.O. Box 890011,   Charolotte, NC 28289-0011
11555709    +BP,   P O Box 9033,   Carlsbad, CA 92018-9033
11555702    +Barrett Carpet Mills,   P.O. Box 2045,   Dalton, GA 30722-2045
11555706    +BeanPool,   5565 Sapelo Trail,   Norcross, GA 30092-3934
11555707    +Beatruz Kuligowki,   12791 Doe Drive,   Alpharetta, GA 30004-8987
11555708    +Beaulieu Residential,   P.O. Box 1248,   Dalton, GA 30722-1248
11555710     Builders Insurance,   P.O. Box 723026,   Atlanta, GA 31139-0026
11555719     CISCO, Inc.,   P. O. Box 801088,   Houston, TX 77280-1088
11555725    +CIT Financial,   One Deerwood,   10201 Centurion Pkwy, Suite 100,   Jacksonville, FL 32256-4114
11555720    +CIT Financial Technology Services,   One Deerwood,   10201 Centurion Parkway, Ste 100,
              Jacksonville, FL 32256-4114
11555721    +CIT Group,   P.O. Box 1036,   Charlotte, NC 28201-1036
11784353    +CIT Technology Financing Services, Inc.,   10201 Centurion Pkwy N. #100,
              Jacksonville, FL 32256-4114
11778232    +CIT Technology Financing Services, Inc.,   175 S. Third St., Suite 900,   Columbus, OH 43215-5166
11555711    +Cagle Family,   5453 Dogwood Lane,   Gainesville, GA 30504-5125
11555712     Capital Business Credit,   P.O. Box 100895,   Atlanta, GA 30389
11555713     Capital One Bank,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11555714    +Carpenter Co.,   5016 Monument Avenue,   Richmond, VA 23230-3620
11555715     Chase,   P O Box 15153,   Wilmington, DE 19886-5153
11555716    +Chase Paymentech Solutions,   P O Box 17548,   Denver, CO 80217-0548
11555717    +Cherokee Ledger-News,   P.O. Box 2369,   Woodstock, GA 30188-1211
11555718    +Cheryl J. Flowers,   3405 Glenrose Trail,   Atlanta, GA 30341-5787
11555726     City Of Acworth Utilities,   P O Box 636,   Acworth, GA 30101-0636
11555727     Cobalt Industrial,   REIT,   Dept. 23503,   Dallas, TX 75320-2235
11555728    +Cobalt Industrial REIT,   C/O Hartman, Simons, Spielman, Wood,   6400 Powers Ferry Rd, Ste 400,
              Atlanta, GA 30339-2986
11555729     Crystal Springs,   P O Box 660579,   Dallas, TX 75266-0579
11555730    +Custom Wholesale Floors,   6135 Northbelt Dr.,   Ste B,   Norcross, GA 30071-4632
11555731    +Dan O’Sullivan,   1648 Hutton Place,   Cumming, GA 30041-6184
11555732    +Daniel F. Bridgers, Esq.,   120 N. Candler St.,   Decatur, GA 30030-3426
11555733     Dell Business Credit,   P O Box 5275,   Carol Stream, IL 60197-5275
11555734     Direct TV,   P. O. Box 60036,   Los Angeles, CA 90060-0036
11555735     Dish Network,   Dept 0063,   Palatine, IL 60055-0063
11555736    +Dixie Home,   P.O. Box 11467,   Mobile, AL 36671-0467
11555737    +Ecotimber,   1611 Fourth St.,   San Rafael, CA 94901-2714
11555738    +Everett Hickcox,   P.O. Box 921454,   Norcross, GA 30010-1454
11555739     Exclusive Floor Supply, Inc.,   4164 N. E. Expressway Access Rd,   Ste D,   Doraville, GA 30340
11555740    +F&M Shoppes Of Acworth,   6135 Rivercliff Drive,   Atlanta, GA 30328-3710
11555741    +F&M Shoppes Of Acworth,   6135 Rivercliffe Dr.,   Atlanta, GA 30328-3710
11555742    +FAS, Inc.,   DuPont Professional Towers,   Ste. 401, 4010 DuPont Circle,
              Lousiville, KY 40207-4886
11555743    +FireSide Natural Gas,   Ste. 250, 2655 Dallas Highway,   Marietta, GA 30064-2597
11555744     First Data,   P.O. Box 6600,   Hagerstown, MD 21741-6600
11555745    +Future Directions,   7187-E Washington St. SW,   Covington, GA 30014-3433
11555746    +Gary And Nancy Moore,   3791 Galloway Drive,   Roswell, GA 30075-2610
11555747    +Georgia Department Of Revenue,   100 Peachtree Street, NW,   Atlanta, GA 30303-1906
11566047    +Georgia Dept. of Revenue,   Bankruptcy Section,   P. O. Box 161108,   Atlanta, GA 30321-1108
11555750    +Georgia Power,   540 N. Main Street,   Jasper, GA 30143-1467
11555748    +Georgia Power,   1453 Hwy 120,   Lawrenceville, GA 30043-5102
11555749    +Georgia Power,   11675 Wills Road,   Alpharetta, GA 30009-2032
11555751    +Gulistan Carpets,   P.O. Box 3669,   Pinehurst, NC 28374-3669
11555752    +Hartman, Simons, Spielman & Wood, LLP,   Jill R. Johnson,   6400 Powers Ferry Rd NW,   STE 400,
              Atlanta, GA 30339-2986
11555753    +Healthier Choice,   401 Jones St.,   Dalton, GA 30720-3464
11555754    +Holliday Inn Select,   6050 Peachtree Ind. Blvd.,   Norcross, GA 30071-1311
11555755     Home Depot,   P O Box 6029,   The Lakes, NV 88901-6029
```

```
District/off: 113E-9           User: hunterv              Page 2 of 3             Date Rcvd: Aug 28, 2009
Case: 09-70865                 Form ID: 184               Total Noticed: 153

11555756      Humana,   Comp Benefits,   P O Box 769649,   Roswell, GA 30076-8225
11555757      Hunter Douglas,   P O Box 863523,   Orlando, FL 32886-3523
11555758     +IFDA,   P.O. Box 2307,   Acworth, GA 30102-0006
11555760      INSL-X,   PO Box 5421,   New York, NY 10087-5421
11566048    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P. O. Box 21126,
              Philadelphia, PA 19114)
11555761      IRS,   P.O. Box 105273,   Atlanta, GA 30348-5273
11555759     +Imax Corporation,   P.O. Box 472188,   Tulsa, OK 74147-2188
11555762     +Janna Lettis,   9935 Anaheim Drive,   Alpharetta, GA 30022-5013
11555763     +Jectar Builders,   55 Kingdom Drive,   Jasper, GA 30143-6613
11555764     +Johnson Wholesale Floors, Inc.,   P O Box 250479,   Atlanta, GA 30325-1479
11555765      Kane Carpet,   125 North Ind. Blvd.,   Calhoun, GA 30701
11555766      Katherine Sherrington,   Gwinnett Co. Tax Comm.,   P.O. Box 829,   LAWRENCEVILLE, GA 30046-0829
11555767      Lancaster,   2701 Hwy 56,   Pauline, SC 29374-1708
11555768     +Lanstar Technologies,   1403 East 2nd Ave.,   Rome, GA 30161-6462
11555769     +Linda Foster,   131 Outback Road,   Jasper, GA 30143-2232
11555770     +Lorena Higgins,   11905 Wexford Club Drive,   Roswell, GA 30075-1472
11555778     +MUZAK LLC,   P O Box 7070,   Charlotte, NC 28241-7070
11555771     +Mail America,   89 Bridge Street Plaza,   Wheeling, WV 26003-5209
11555772     +Masland Carpets, Inc.,   P.O. Box 11427,   Mobile, AL 36671-0427
11555773     +Maura And Henry Hein,   4935 Avala Park Lane,   Norcross, GA 30092-2195
11555774      Milliken And Company,   P O Box 2956,   Lagrange, GA 30241
11555775      Minton Jones,   P.O. Box 277465,   Atlanta, GA 30384-7465
11555776     +Mohawk Factoring, Inc.,   235 Industrial Blvd.,   P O Box 800,   Chatsworth, GA 30705-0800
11555777     +Money Mailer Of Atlanta,   Sldg. 1000, Ste. 100,   3380 Trickum Road,   Woodstock, GA 30188-3680
11555780     +N.R. Glimcher, LLC,   7025 North Scottsdale Rd,   Ste 303,   Scottsdale, AZ 85253-3694
11555781      NCO Financial Systems,   P O Box 15740,   Wilmington, DE 19850-5740
11555782      NCO Financial Systems, Inc.,   P.O. Box 51090,   New Berlin, WI 53151
11555784     +NGF Distributors,   1500 Union Hill Road,   Alpharetta, GA 30005-3979
11555785     +NR Glimcher, LLC,   7025 North Scottsdale Rd,   Suite 303,   Scottsdale, AZ 85253-3694
11555783     +Nebs, Inc.,   500 Main Street,   Groton, MA 01471-0001
11555786      Office Depot,   Office Depot Credit Plan,   P O Box 689020,   Des Moines, IA 50368-9020
11555787     +Oleg Konstantinovsky,   125 Norwick Way,   Alpharetta, GA 30022-7627
11555788     +Padgett Homes,   6419 Ball Ground Rd.,   Ball Ground, GA 30107-5207
11555789     +Pat Kisgen,   7315 Craigleith Drive,   Duluth, GA 30097-1605
11555790     +Patricia Hulbert,   941 Chippendale Lane,   Norcross, GA 30093-3748
11555791      Paymentech,   P.O. Box 6600,   Hagerstown, MD 21741-6600
11555792     +Peachtree Technology Center,   C/O Lavista Associates, Inc.,   3105 Northwood Place,
              Norcross, GA 30071-4766
11555793     +Peak Flooring Solutions,   2774 N. Cobb Pkwy,   Ste 109, # 262,   Kennesaw, GA 30152-3469
11555794     +Pickens County Progress,   P O Box 67,   Jasper, GA 30143-0067
11555795      Pitney Bowes,   Purchase Power,   P O Box 856042,   Louisville, KY 40285-6042
11555796      Pitney Bowes Global Finance,   P O Box 856460,   Louisville, KY 40285-6460
11555797     +Purified Air Service,   280 Old Clay Street,   Marietta, GA 30060-2248
11555798     +R. A. Siegel Company,   P O Box 409697,   Atlanta, GA 30384-9697
11555802     +RFS,   500 Sun Valley Rd.,   Ste 3&4,   Roswell, GA 30076-1482
11555799     +Rance Kirtley,   130 Corral Ct.,   Roswell, GA 30076-1055
11555800     +Rayene Ashburn,   1581 Danburly Drive,   Norcross, GA 30093-1419
11555801     +Rebecca And Doug Sandbrg,   515 Boulder Way,   Roswell, GA 30075-4161
11555803      Robert L. Muggleworth, Jr.,   6227 Brookwood Road NW,   Norcross, GA 30092-2702
11555804     +Royalty Carpet Mills Inc.,   17111 Red Hill Ave,   Irvine, CA 92614-5607
11555805     +S&J Roofing,   6151 Old Stilesboro Rd,   Acworth, GA 30101-4363
11555806     +Scott & Goldman,   590 W. Crossville Rd., Ste. 104,   Roswell, GA 30075-7512
11555807     +Shapiro Fussell,   One Midtown Plaza,   Ste 1200,   1360 Peachtree Street,
              Atlanta, GA 30309-3283
11555809     +Shelton Carpet,   3500 Corporate Drive,   Dalton, GA 30721-4957
11555810     +Silver Dollar Press,   3459 Holcomb Bridge Road,   Norcross, GA 30092-3102
11555811     +Sisson Outdoor Adv.,   P. O. Box 965,   Blue Ridge, GA 30513-0017
11555812      Southern Wholesale Flooring,   P O Box 440069,   Kennesaw, GA 30160-9502
11555813     +Southwind Carpets,   P.O. Box 4687,   Dalton, GA 30719-1687
11555814     +Space Flooring & Supplies,   3500 Highlands Pkwy.,   Smyrna, GA 30082-5162
11555815     +Stanton Carpet,   P O Box 950,   Syosset, NY 11791-0079
11555816      State Auto Insurance Companies,   P O Box 182738,   Columbus, OH 43218-2738
11555817      Swift Financial,   P O Box 3023,   Milwaukee, WI 53201-3023
11555818     +Szabo Associates, Inc.,   3355 Lenox Road,   Nineth Floor,   Atlanta, GA 30326-1394
11555819     +Team Pest USA,   305 W. Pike Street,   Lawrenceville, GA 30046-4894
11599079     +The CIT Group/Commercial Services Inc.,   11 West 42nd Street,   New York, NY 10036-8002
11555820     +Tillman, Allan And Greer,   Gwinnett Magazine,   1305 Lakes Parkway, Ste 119,
              Lawrenceville, GA 30043-5965
11566049     +U. S. Attorney,   600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta, GA 30303-3315
11555822      US Floors, Inc.,   Natural Cork,   P O Box 100258,   Atlanta, GA 30384-0258
11555821      United Healthcare,   P O Box 945758,   Atlanta, GA 30394-5758
11555828     +WLJA Radio,   134 South Main St.,   Jasper, GA 30143-1702
11555823      Waste Management,   P O Box 105453,   Atlanta, GA 30348-5453
11555824      Watkins & Shepard,   P O Box 5328,   Missoula, MT 59806-5328
11555825     +William Blake,   3699 Canyon Ridge Court,   Atlanta, GA 30319-4823
11555826     +Williams & Williams, Inc.,   P.O. Box 34307,   Louisville, KY 40232-4307
11555827     +Witex Flooring, Inc.,   161 Executive Drive,   Calhoun, GA 30701-3076
11555829      Zoroufy,   P O Box 620345,   Middleton, WI 53562-0345
```

```
District/off: 113E-9            User: hunterv              Page 3 of 3               Date Rcvd: Aug 28, 2009
Case: 09-70865                  Form ID: 184               Total Noticed: 153

The following entities were noticed by electronic transmission (continued)
The following entities were noticed by electronic transmission on Aug 28, 2009.
11555687     +E-mail/Text: bknotices@advanceme.com                           Advance Me,
              2015 Vaughn Rd., Bldg. 500,    Kennesaw, GA 30144-7831
11555722     +E-mail/Text: citjaxbankruptcy@cit.com                          CIT Technology Financial  Services,
              One Deerwood,    10201 Centurion Pkwy N,   Suite 100,    Jacksonville, FL 32256-4114
11555724     +E-mail/Text: citjaxbankruptcy@cit.com                          CIT Technology Financial Services,
              One Deerwood,    10201 Centurion Pkwy, Ste 100,   Jacksonville, FL 32256-4114
11555779      E-mail/Text: BANKRUPTCY@MXENERGY.COM                           MX Energy,   P O Box 659583,
              San Antonio, TX   78265-9583
11555808      E-mail/Text: financialservicesbk@shawinc.com                   Shaw Industries,
              P O Box  100775,    Atlanta, GA  30384-0775
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11555723*    +CIT Technology Financial Services,    One Deerwood,    10201 Centurion Pkwy N,   Suite 100,
              Jacksonville, FL 32256-4114
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2009**                    Signature:    _/s/ Joseph Speetjens_